**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **TATIANA OSKINA #A221-389-591** | **CASE NO. 3:26-CV-01208 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN LASALLE I C E PROCESSING CENTER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record,[1] determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** the Petition for Writ of Habeas Corpus is **DENIED.**

**THUS DONE AND SIGNED** in chambers on this 29th day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

[1] Also considering the ruling by the Fifth Circuit in *Rodriguez v. Vergara*, ___F.4th___, 2026 WL 3181188 (5th Cir. Oct. 23, 2026).